Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant
Capital One Bank (USA), N.A., incorrectly
named as "Capital One, N.A."*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE MAHNKE, individually and on behalf of all others similar situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.<br><br>Defendant. | CASE NO. 2:20-cv-00545-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

The response of Defendant Capital One Bank (USA), N.A., incorrectly named as "Capital One, N.A.," ("Capital One") to Plaintiff Wayne Mahnke's complaint currently is due April 14, 2020. Capital One has requested, and Plaintiff has agreed, that Capital One has up to and including April 28, 2020 to respond to Plaintiff's complaint, to provide time for Capital One to investigate Plaintiff's allegations and for the parties to discuss a potential early resolution.

*[Continued on following page.]*

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: April 9, 2020

| BALLARD SPAHR LLP | KRIEGER LAW GROUP LLC |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Capital One Bank (USA), N.A.,*<br>*incorrectly named as "Capital One, N.A."* | By: /s/ Miles Clark<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Pkwy, Suite 200<br>Henderson, Nevada 89052<br>(702) 848-3855<br>dkrieger@kriegerlawgroup.com<br><br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles Clark<br>Nevada Bar No. 13848<br>Knepper & Clark LLC<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, Nevada 89148<br>(702) 856-7430<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-10-2020