1  Joel E. Tasca
   Nevada Bar No. 14124
2  Lindsay Demaree
   Nevada Bar No. 11949
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6  demareel@ballardspahr.com

7  *Attorneys for Defendant
   Capital One Bank (USA), N.A., incorrectly
8  named as "Capital One, N.A."*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| WAYNE MAHNKE, individually and on behalf of all others similar situated, | CASE NO. 2:20-cv-00545-GMN-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| CAPITAL ONE, N.A. | **(Second Request)** |
| Defendant. | |

The response of Defendant Capital One Bank (USA), N.A., incorrectly named as "Capital One, N.A.," ("Capital One") to Plaintiff Wayne Mahnke's complaint currently is due April 28, 2020.  Capital One has requested, and Plaintiff has agreed, that Capital One has up to and including May 12, 2020 to respond to Plaintiff's complaint, to provide time for the parties to continue to discuss a potential early resolution.

*[Continued on following page.]*

DMEAST #40876326 v1

This is the second request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: April 20, 2020

| BALLARD SPAHR LLP | KRIEGER LAW GROUP LLC |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Capital One Bank (USA), N.A.,*<br>*incorrectly named as "Capital One, N.A."* | By: /s/ Miles Clark<br>David H. Krieger<br>Nevada Bar No. 9086<br>Shawn W. Miller<br>Nevada Bar No. 7825<br>2850 W. Horizon Ridge Pkwy, Suite 200<br>Henderson, Nevada 89052<br>(702) 848-3855<br>dkrieger@kriegerlawgroup.com<br><br>Matthew I. Knepper<br>Nevada Bar No. 12796<br>Miles Clark<br>Nevada Bar No. 13848<br>Knepper & Clark LLC<br>5510 S. Fort Apache Rd., Suite 30<br>Las Vegas, Nevada 89148<br>(702) 856-7430<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-28-2020