UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| WAYNE MAHNKE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cv-00545-GMN-VCF |
| vs. ) | |
| ) | **ORDER** |
| CAPITAL ONE, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Defendant Capital One, NA.'s ("Defendant's") Motion to Stay Case, (ECF No. 11). Defendant requests that the Court stay proceedings until the United States Supreme Court issues its decision in *Barr v. Am. Assoc. of Political Consultants, Inc., et al.*, 140 S. Ct. 812 (2020) ("AAPC"). Defendant explains that the Supreme Court's decision in *AAPC* will address the constitutionality of the Telephone Consumer Protection Act ("TCPA"), and resolution of that issue could decide if the claims in this case arising from the TCPA can proceed. (Mot. Stay 4:16–18, ECF No. 11). Plaintiff Wayne Mahnke ("Plaintiff") has not filed a response since Defendant filed its Motion to Stay Case on May 12, 2020, and Defendant filed a Notice of Plaintiff's non-opposition on June 10, 2020. (Not. Non-Opposition, ECF No. 13).

The Court finds that a stay of proceedings is appropriate until the Supreme Court issues its ruling in *Barr v. Am. Assoc. of Political Consultants, Inc., et al.*, 140 S. Ct. 812 (2020). Staying proceedings prevents unnecessary expenses and conserves judicial resources. The current filings in this matter do not reveal Plaintiff's need for expedited resolution of claims or a likelihood of prejudice if a stay occurred. (*See* Mot. Stay 5:21–22) (stating, "Plaintiff is no longer receiving calls"). *See, e.g.*, *Lacy v. Comcast Cable Commc'ns*, LLC, No. 3:19-CV-05007-RBL, 2020 WL 2041755, at *2 (W.D. Wash. Apr. 28, 2020) ("Balancing these interests,

this Court joins the other district courts that have briefly stayed TCPA cases pending the Supreme Court's decision in *AAPC*."). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Case, (ECF No. 11), is **GRANTED**.

**IT IS FURTHER ORDERED** that, upon the United States Supreme Court's decision in *Barr v. Am. Assoc. of Political Consultants, Inc., et al.*, 140 S. Ct. 812 (2020), Defendant or the parties jointly shall file a Motion to lift the stay.

**IT IS FURTHER ORDERED** that, if the United States Supreme Court has not issued a decision in *AAPC* by October 1, 2020, Defendant or the parties jointly shall file a status report with the Court briefly explaining how a stay remains appropriate.

**DATED** this __12__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court