Joel E. Tasca
Nevada Bar No. 14124
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
chavezd@ballardspahr.com

*Attorneys for Defendant*
*Capital One, NA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wayne Mahnke, | Case No.   2:20-cv-00545-GMN-VCF |
| Plaintiff, | **Joint Status Report re: ECF No. 31** |
| v. | |
| Capital One, NA, | |
| Defendant. | |

Plaintiff Wayne Mahnke, individually and on behalf of all and others similarly situated ("Plaintiff") and Defendant Capital One, N.A., ("Capital One") (collectively, the "Parties"), by and through their counsel of record, submit the following status report in response to the Court's October 16, 2022 order. ECF No. 31.

On July 21, 2020, the Court stayed this matter pursuant to the parties' stipulation. ECF Nos. 17, 18.  The purpose of the stay was for the parties to await the Supreme Court's decision in a then-pending matter, *Facebook, Inc. v. Duguid*, 592 U.S. __ (2021).  The Supreme Court has since issued its decision in *Duguid*, and this Court lifted the stay of this matter on April 26, 2022. ECF No. 29.

The Parties have discussed the merits of this matter in light of *Duguid* and are actively discussing whether a resolution can be reached without further litigation.  To

allow these discussions to continue, the Parties respectfully request that the Court set another deadline for a status report 30 days from today's date.

This request is made in good faith, and not for the purposes of delay.

Dated: November 14, 2022

| BALLARD SPAHR LLP | LAW OFFICES OF MILES N. CLARK |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Andrew S. Clark<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Capital One, NA* | By: /s/ Miles N. Clark<br>Miles N. Clark<br>Nevada Bar No. 13848<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br>Email: miles@milesclarklaw.com<br><br>KRIEGER LAW GROUP, LLC<br>David H. Krieger, Esq., SBN 9086<br>Shawn W. Miller, Esq., SBN 7825<br>5502 S Fort Apache Rd, Suite 200<br>Las Vegas, Nevada 89148<br>Email: dkrieger@kriegerlawgroup.com<br>Email: smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff Wayne Mahnke* |

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 11-15-2022

IT IS HEREBY ORDERED that a status report must be filed on or before December 16, 2022.