Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Rd, Suite 200
Las Vegas, NV 89148
Phone: (702) 848-3855
Email: smiller@kriegerlawgroup.com

*Counsel for Plaintiff, Wayne Mahnke*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WAYNE MAHNKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE, NA,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00545-GMN-VCF<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL OF CAPITAL ONE, NA, WITH PREJUDICE**<br><br>Complaint filed: March 18, 2020<br><br>Assigned to Hon. Judge Gloria M. Navarro |

PLEASE TAKE NOTICE that there are no longer any issues in this matter between Plaintiff Wayne Mahnke and Capital One Bank (USA), N.A., incorrectly named as "Capital One, N.A." ("Capital One"), to be determined by this Court. Plaintiff and Capital One hereby stipulate that all claims and causes of action that were or could have been asserted against Capital One are

//

hereby dismissed with prejudice, with each party bearing their own attorneys' fees and costs.

**IT IS SO STIPULATED.**
DATED: June 6, 2023.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **BALLARD SPAHR** |
|---|---|
| /s/ *Miles N. Clark* <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 5510 So. Fort Apache Rd, Suite 30 <br> Las Vegas, NV 89148 <br> Email: miles@milesclarklaw.com <br><br> **KRIEGER LAW GROUP, LLC** <br> Shawn W. Miller, Esq. <br> Nevada Bar No. 7825 <br> 5502 S. Fort Apache Rd, Suite 200 <br> Las Vegas, NV 89148 <br> Email: smiller@kriegerlawgroup.com <br><br> *Counsel for Plaintiff* <br> *William Mahnke* | /s/ *David E. Chavez* <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> David E. Chavez, Esq. <br> Nevada Bar No. 15192 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas NV 89135 <br> Email: tasca@ballardspahr.com <br> Email: demaree@ballardspahr.com <br><br> *Counsel for Defendant* <br> *Capital One Bank (USA), N.A., incorrectly named as "Capital One, N.A."* |

## ORDER GRANTING
## STIPULATION OF DISMISSAL OF CAPITAL ONE, NA, WITH PREJUDICE

**IT IS SO ORDERED.**

DATED:  June 8 , 2023

_____
U.S. DISTRICT COURT JUDGE

*Mahnke v. Capital One, NA*
*Case No. 2:20-cv-00545-GMN-VCF*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

LAW OFFICES OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430
www.milesclarklaw.com

2 of 2